**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: | ) Case No. 2:09-bk-25153-RJH |
| | ) |
| PHILLIP J. RUSCH, | ) Chapter 7 |
| | ) |
| Debtor. | ) **ORDER GRANTING APPLICATION** |
| | ) **TO EMPLOY COUNSEL FOR** |
| | ) **CHAPTER 7 TRUSTEE** |
| | ) |

The Application to Employ Counsel for Chapter 7 Trustee, David M. Reaves, having come before the Court seeking to be appointed and authorized to act as counsel in the above-captioned case, and there being no objection thereto, and good cause appearing,

**IT IS ORDERED** approving the application to employ Reaves Law Group as counsel to the Trustee as of 3|17|10, provided that no compensation shall be paid to counsel except upon appropriate application and after notice of hearing.

SIGNED AND DATED ABOVE BY THE
HONORABLE RANDOLPH J. HAINES
UNITED STATES BANKRUPTCY COURT

7